| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>SEGAL, SUZANNE H. | 2. Court or Organization<br><br>US DIST CRT-CENTRAL DIST CA | 3. Date of Report<br><br>08/13/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US MAGISTRATE JUDGE-FULL-TIME | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

7. Chambers or Office Address

US COURTHOUSE
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-TRUSTEE | TRUST #1 |
| 2. CO-TRUSTEE | TRUST #2 |
| 3. CO-TRUSTEE | TRUST #3 |
| 4. CO-TRUSTEE | TRUST #4 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | COUNTY OF LOS ANGELES |
| 2. | 2012 | STATE OF CALIFORNIA |
| 3. | 2012 | UNIVERSITY OF SOUTHERN CALIFORNIA |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN CONFERENCE INSTITUTE | MAY 31 - JUNE 1, 2012 | NEW YORK CITY, NY | CLE - WAGE AND HOUR CONFERENCE | TRANSPORTATION, HOTEL |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. -BEVERLY HILLS CALIF UNI SCH DIST G/O SER A BOND | A | Interest | | | Redeemed | 08/01/12 | J | | |
| 3. -PLEASANTON CALIF UNI SCH DIST GO REF BDS 2004 BOND | A | Interest | | | Matured | 08/01/12 | K | | |
| 4. -CALIF ST DEPT WTR RES PWR SUPPLY REV BOND 5/1/2022 | A | Interest | | | Redeemed | 05/01/12 | K | | |
| 5. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | B | Dividend | M | T | Sold (part) | 12/10/12 | J | A | |
| 6. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | E | Dividend | O | T | Sold (part) | 09/10/12 | K | D | |
| 7. | | | | | Sold (part) | 10/25/12 | J | B | |
| 8. | | | | | Sold (part) | 11/30/12 | J | B | |
| 9. | | | | | Sold (part) | 12/10/12 | J | C | |
| 10. -CALIF ST DEPT WTR RES POWER SUPPLY REV BOND 5/1/2018 | A | Interest | | | Redeemed | 05/01/12 | J | | |
| 11. -LOS ANGELES CNTY CALIF MET TRA SALES TAX REV BOND | B | Interest | L | T | | | | | |
| 12. -PROCTER & GAMBLE CO BOND | A | Interest | K | T | | | | | |
| 13. -CALIFORNIA ST G/O PREREFUNDED BOND | A | Interest | | | Redeemed | 04/02/12 | J | | |
| 14. -NEW YORK NY CITY TRANSITIONAL FUTURE TAX BOND | A | Interest | | | Redeemed | 02/15/12 | J | | |
| 15. -SANTA MONICA CMNTY COLL DIST BOND | B | Interest | K | T | | | | | |
| 16. -UNITED STATES TREASURY NOTE DATED 4/22/10 | A | Interest | K | T | | | | | |
| 17. -ALLY BK MIDVALE UTAH CERTIFICATE OF DEPOSIT | A | Interest | | | Matured | 08/27/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -DREYFUS TREAS PRIME CASH MGMT INV SHS | | None | K | T | Buy (add'l) | 12/03/12 | K | | |
| 19. -VENTAS REALTY LP/CAP CRP SR BOND UNSECURED | A | Interest | K | T | Buy | 04/12/12 | K | | |
| 20. -CAPE MAY CNTY NJ GO BOND | | None | K | T | Buy | 08/17/12 | K | | |
| 21. -PASADENA CALIF UNI SCH DIST 2008 ELECTION GO BOND | | None | K | T | Buy | 06/20/12 | K | | |
| 22. US BANK INTEREST CHECKING | | None | J | T | | | | | |
| 23. US BANK STANDARD CHECKING | | None | J | T | | | | | |
| 24. US BANK INTEREST CHECKING | A | Interest | K | T | | | | | |
| 25. SOUTHLAND CREDIT UNION SAVINGS ACCOUNT | A | Interest | L | T | | | | | |
| 26. SOUTHLAND CREDIT UNION CERTIFICATE ACCOUNT | A | Dividend | K | T | | | | | |
| 27. WACHOVIA MONEYMART ASSETS FUND | A | Int./Div. | J | T | | | | | |
| 28. AMERICAN CENTURY CALIFORNIA TAX FREE BOND | A | Dividend | J | T | Sold (part) | 05/04/12 | J | A | |
| 29. | | | | | Sold (part) | 11/02/12 | J | A | |
| 30. AMERICAN ELECTRIC POWER CO INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 31. HONEYWELL INTERNATIONAL INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 32. TRUST #1 | D | Dividend | M | T | | | | | |
| 33. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | | | | | Sold (part) | 5/08/12 | J | | |
| 34. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | | | | | Sold (part) | 5/8/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 5/11/12 | J | A | |
| 36. | | | | | Sold (part) | 8/9/12 | J | A | |
| 37. | | | | | Sold (part) | 8/13/12 | J | A | |
| 38. -DREYFUS TREAS PRIME CASH MGMT INV SHS | | | | | Buy (add'l) | 8/14/12 | J | | |
| 39. TRUST #2 | D | Dividend | M | T | | | | | |
| 40. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | | | | | | | | | |
| 41. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | | | | | Buy (add'l) | 1/3/12 | K | | |
| 42. -DREYFUS TREAS PRIME CASH MGMT INV SHS | | | | | | | | | |
| 43. TRUST #3 | C | Dividend | M | T | | | | | |
| 44. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | | | | | | | | | |
| 45. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FUND | | | | | Sold (part) | 6/7/12 | J | A | |
| 46. -DREYFUS TREAS PRIME CASH MGMT INV SHS | | | | | Buy (add'l) | 6/8/12 | J | | |
| 47. TRUST #4 | C | Dividend | M | T | | | | | |
| 48. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | | | | | | | | | |
| 49. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FUND INSTL CL | | | | | Buy (add'l) | 1/3/12 | K | | |
| 50. -DREYFUS TREAS PRIME CASH MGMT INV SHS | | | | | | | | | |
| 51. TRUST #5 | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | | | | | | | | | |
| 53. -NEUBERGER & BERMAN EQUITY FUNDS EQUITY INCOME FUND INSTL CL | | | | | | | | | |
| 54. -DREYFUS TREAS PRIME CASH MGMT INV SHS | | | | | | | | | |
| 55. INDIVIDUAL RETIREMENT ACCOUNT #1 | A | Int./Div. | K | T | | | | | |
| 56. -LIQUID ASSET FUND | | | | | | | | | |
| 57. -OAKLAND CALIFORNIA PENSION OBLIG REF TAXABLE BOND | | | | | | | | | |
| 58. -MS DIVIDEND GROWTH SECURITIES B. MUTUAL FUND | | | | | | | | | |
| 59. -GOLDEN AMERICA ING OPPORTUNITIES ANNUITY | | | | | | | | | |
| 60. INDIVIDUAL RETIREMENT ACCOUNT #2 | D | Dividend | M | T | | | | | |
| 61. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | | | | | | | | | |
| 62. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FUND INSTL CL | | | | | | | | | |
| 63. -DREYFUS TREAS PRIME CASH MGMT INV SHS | | | | | | | | | |
| 64. 0.23737% INTEREST MS & K REALTY CO. | A | Distribution | J | T | | | | | |
| 65. RETIREMENT PLAN #1 | C | Int./Div. | N | T | | | | | |
| 66. -SAVINGS (FKA LA COUNTY) STABLE VALUE FUND | | | | | | | | | |
| 67. -SAVINGS NON-U.S. EQUITY FUND | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -SAVINGS SMALL CAP EQUITY FUND | | | | | | | | | |
| 69. -SAVINGS LARGE CAP EQUITY FUND | | | | | | | | | |
| 70. RETIREMENT PLAN #2 | C | Int./Div. | M | T | | | | | |
| 71. -HORIZONS NON-U.S. EQUITY FUND | | | | | | | | | |
| 72. -HORIZONS SMALL CAP EQUITY FUND | | | | | | | | | |
| 73. -HORIZONS MID CAP EQUITY FUND | | | | | | | | | |
| 74. -HORIZONS LARGE CAP EQUITY FUND | | | | | | | | | |
| 75. -HORIZONS BOND FUND | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUZANNE H. SEGAL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544